ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUN 22 PM 1:55

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MARTY JOHN HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) CV 315-108 |
| DAVID BOATWRIGHT, Deputy; CHRIS STEVENSON, Sheriff[1]; and TELFAIR COUNTY SHERIFF'S OFFICE, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this 22nd day of June, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] The Court **DIRECTS** the **CLERK** to add Chris Stevenson to the docket.