# United States District Court
## *Southern District of Georgia*

MARTY JOHN HARRIS,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

              **V.**

CASE NUMBER: CV315-108

DAVID BOATWRIGHT; CHRIS STEVENTON; and
TELFAIR COUNTY SHERIFF'S OFFICE,

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 22, 2016, the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore,

this case is DISMISSED without prejudice and this case stands CLOSED.



June 22, 2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*